UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

                    Plaintiff,

    v.

BRIAN S. MOORE,

                    Defendant.

Civil Action No. 3:12cv61

## FINAL JUDGMENT AS TO DEFENDANT BRIAN S. MOORE

The Securities and Exchange Commission having filed a Complaint and Defendant Brian S. Moore having entered a general appearance; consented to the Court's jurisdiction over Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

### I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant reimburse Symmetry Medical, Inc. ("Symmetry") a total of $450,000 in bonus and other incentive-based or equity-based compensation and Symmetry stock sale profits, pursuant to Section 304 of the Sarbanes-Oxley Act, 15 U.S.C. § 7243. Defendant shall satisfy his reimbursement obligation to Symmetry by making two cash payments to Symmetry of $225,000; the first within ten (10) days after the entry of this Final Judgment, and the second within sixty (60) days after entry of this

Final Judgment. With respect to each payment, Defendant shall simultaneously deliver to counsel for Plaintiff Securities and Exchange Commission proof of reimbursement to Symmetry.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

## III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

## IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

Dated: __2-1-, 12__

        s/ Rudy Lozano
        UNITED STATES DISTRICT JUDGE